No. 12-6543

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

LORNE ARMSTRONG                                              MOVANT

v.

UNITED STATES OF AMERICA                                  RESPONDENT

<u>MOTION TO ACCEPT LATE FILING</u>

    The United States moves the Court to accept late filing of its response to Lorne Armstrong's Motion for permission to file a second or successive motion to vacate under 28 U.S.C. § 2255. The United States asks this Court to accept its response for filing due to a clerical error in the office which resulted in the undersigned not receiving defendant's motion until the due date.

                                          Respectfully submitted,

                                          David J. Hale
                                          United States Attorney

                                          <u>s/Terry M.Cushing</u>
                                          Terry M. Cushing
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          717 W. Broadway
                                          Louisville, KY 40220
                                          PH: (502) 582-6936

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I electronically filed the foregoing response with the Clerk of the Court by using the CM/ECF system.

    I further certify that I mailed the foregoing response by first class mail to the following non-CM/ECF participant: Lorne Lynn Armstrong, 332 Waterville Road, Skowhegan, ME 04976.

                                         s/Terry M. Cushing
                                         Terry M. Cushing
                                         Assistant U.S. Attorney