March 4, 2013

**RECEIVED**

MAR - 6 2013

**DEBORAH S. HUNT, Clerk**

Lorne Armstrong

332 Waterville Rd.

Skowhegan, ME 04976

Clerk of Court

United States Court of Appeals

100 E. Fifth Street, Room 540

Cincinnati, Ohio 45202-3988

RE: Originating Case No.: 1:08-cr-00013-001

CASE NO. 12-6543  -RD

Dear Clerk:

I have enclosed one (1) copy of my Response Brief to the United States Response Brief.

Very truly yours,

*[signature]*

Lorne Armstrong, pro se Appellant





Clerk of Court
United States Court of Appeals
For The Sixth Circuit
100 E. Fifth Street, Room 540
Cincinnati, OH 45202-3988


