**RECEIVED**
APR - 1 2013
DEBORAH S. HUNT, Clerk

March 29, 2013

Lorne Armstrong

332 Waterville, Rd.

Skowhegan, ME 04976

Clerk of Court

United States Court of Appeals

For The Sixth Circuit

100 East Fifth Street, Room 540

Potter Stewart U.S. Courthouse

Cincinnati, OH 45202-3988

RE: Case No. 12-6543

Criminal No. 1:08-CR-13-R

Dear Clerk of Court:

I am writing to request a stay of abeyance for the sex offender treatment class until my case is finished. I have requested this stay of abeyance in all of my previous motions but have failed to get a response on them. I then called the Clerk of Court for the Sixth Circuit Court of Appeals and was informed to write this motion/letter separate from the motions. I wish for this stay of abeyance to begin immediately and pray this Court will grant this motion/letter.

Sincerely,

Lorne Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was mailed by U.S. Mail, first class, postage prepaid, to: Clerk of Court, Deborah S. Hunt, of the United States Court of Appeals for the Sixth Circuit, 100 East Fifth Street, Room 540, Potter Stewart U.S. Courthouse, Cincinnati, Ohio 45202-3988; and Terry M. Cushing, Assistant U.S. Attorney, U.S. Attorney's Office, 5717 W. Broadway, Louisville, KY 40202 on this 29th day of March, 2013.

Lorne Armstrong, pro se Appellant

332 Waterville Rd.

Skowhegan, ME 04976

Lorne Armstrong
337 Waterville Rd.
Skowhegan, ME 04976

EASTERN MAINE 044
29 MAR 2013 PM 1 L

Clerk of Court
United States Court of Appeals
For the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Court House
Cincinnati, OH 45202-3988