RECEIVED
APR 29 2013
DEBORAH S. HUNT, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE SIXTH CIRCUIT

Lorne Armstrong,

    Appellant

                                    Re: Case No. 12-6543

v.                            Originating Case No. 08-CR-00013-TBR

United States of America

## PRODUCTION OF DVDs/VIDEOS AND
## ORAL AND/OR WRITTEN AGREEMENTS

    NOW COMES, Petitioner Lorne Armstrong, asking this Court of Appeals for an order to NBC Universal, Inc. to produce the original, unedited video copies of Petitioner's questioning with NBC Correspondent, Chris Hansen, original, unedited copies of Petitioner's arrest and the original, unedited copies of the search of Petitioner's vehicle and any video used during and in connection with the sting in which Petitioner was involved, from any and all cameras/videos.

Petitioner has been fighting his case since he found out about all the illegalities of the sting operation and knew that it was all illegal from the time NBC Correspondent, Chris Hansen began questioning him at the sting house. Petitioner at present time has his request for a second or successive 2255 (Ineffective Assistance of Counsel) awaiting in the Sixth Circuit Court of Appeals and has asked the District Court before in his initial Supplemental motion to his initial 2255 (Ineffective Assistance of Counsel) motion to order the United States to produce these original items that were suppose to be in his discovery material, which was tampered with. This Court made the order to the United States but the United States could only produce what they had been given by NBC Universal, Inc.

Petitioner now asks this Court for an order to NBC Universal, Inc. to produce these videos (DVDs) along with any oral and/or written agreements between the Commonwealth of Kentucky State Attorney General, Greg Stumbo and the KBI (Kentucky Bureau of Investigation) and cites **Van Stuyvesant v. Conway**, No. 03-CV-3856, 2007 WL 2584775, (S.D.N.Y. Sept. 7, 2007); **Burrell**, 558 F.Supp. at 92:

2

When a federal habeas petitioner claims that the transcript was inadequate to permit a constitutionally fair appeal, a reviewing court should consider whether, and to what extent, the state was at fault for not preserving the record, and whether the state provided the petitioner with an opportunity to reconstruct and settle the record. If the state fails to provide a "fair and adequate procedure" to settle the record, or the transcript has been the subject of intentional tampering by a state official, "the due process clause of the fourteenth amendment might be violated."

Petitioner very strongly believes that the DVD videos from his discovery package was edited and needs these original, unedited videos to prove his case and needs all oral and/or written agreements between NBC Universal, Inc. and the Commonwealth of Kentucky State Attorney General, Greg Stumbo to further prove his case. Petitioner believes that only NBC Universal, Inc. can produce all these materials of evidence.

**Exhibit A-1.1**, in the highlighted, two-sentence paragraph explains why Petitioner needs all oral and/or written agreements between NBC Universal, Inc. and Commonwealth of Kentucky State Attorney, Greg Stumbo.

3

As for the DVD's, Petitioner remembers things from the "sting" that was not in the discovery DVD's. Petitioner's discovery DVD's were tampered with and should not have been usable material to push Appellant to plead guilty to something that was extremely illegal from the beginning.

Appellant first put a motion in to the District Court for a court order for production of these records but realized that he needed to put the motion in to the Sixth Circuit Court of Appeals where his case is now being handled because of the statement made by the District Court in **Exhibit B**, the highlighted sentence.

## CONCLUSION

NBC Universal, Inc. and there employees created an agreement with Commonwealth of Kentucky State Attorney General, Greg Stumbo to lure in innocent people by any means possible and are trying to hide the evidence that Petitioner has proof of. But Petitioner wants further proof and deserves the fair chance to get it by Court order.

Petitioner also deserves to have the original, unedited videos from the sting

that should have been in his discovery package. NBC Universal, Inc. wanted to use any individual to create a show and was allowed to make fools of the justice system in order to obtain their material for the television show.

Petitioner has a Constitutional right to these original, unedited documents and videos.

Petitioner therefore asks that this Court issue an order to NBC Universal, Inc. to produce these important materials of evidence.

Respectfully submitted,

*Lorne L. Armstrong*

Lorne Armstrong, pro se  Appellant

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was mailed by U.S. Mail, first class, postage prepaid, to: Clerk of Court, Deborah S. Hunt, of the United States Court of Appeals for the Sixth Circuit, 100 East Fifth Street, Room 540, Potter Stewart U.S. Courthouse, Cincinnati, Ohio 45202-3988; and Terry M. Cushing, Assistant U.S. Attorney, U.S. Attorney's Office, 5717 W. Broadway, Louisville, KY 40202 on this 24th day of April, 2013.

Lorne Armstrong, pro se Appellant

332 Waterville Rd.

Skowhegan, ME 04976

Exhibit A-1.1

Archives  Forums  FAQ  PJFI Opinions  PJFI.org  How to Help  501(c)3 Donations  Info For Police  Contact Us

# JUSTICE



Guys like these:

Random Convictions: tafatiw... Good Bo... rauch_jim daddywa... blageca craigb... goodbod... mkrauss... ArmySgt... strongm... [full archives]

Top 10 Most Slimy: fleet_c... thenewp... vamale_... DavieWa... kalowoo... jackman... smilema... shinelf... swgamai... can_j_r... [full rankings]

Conviction - lorne_a_20014 - Cambridge, MA, Tennessee

File originally posted on 1/2/2009 11:42 PM PST [Link to File]
Report made 1/2/2009 11:42 PM PST

> lorne_a_20014 (09/26/07 10:59:42 PM): first i want to make out with you
> lorne_a_20014 (09/26/07 11:00:08 PM): then while i'm making out with you, i want to start feeling your boobs
> lorne_a_20014 (09/26/07 11:00:24 PM): then i want to take off your shirt and bra
> lorne_a_20014 (09/26/07 11:00:48 PM): then i want to start sucking on your nipples">
> lorne_a_20014 (09/26/07 11:01:16 PM): then i'm gonna move my hands down to your pants or skirt, whatever you decide to wear
> lorne_a_20014 (09/26/07 11:01:22 PM): and take them off
> lorne_a_20014 (09/26/07 11:01:46 PM): then i'm gonna take off my clothes
> lorne_a_20014 (09/26/07 11:02:05 PM): then i'll have you suck on my penis">
> lorne_a_20014 (09/26/07 11:02:25 PM): then i'm gonna lick and suck on your clit
> lorne_a_20014 (09/26/07 11:02:35 PM): and stick my finger in you
> lorne_a_20014 (09/26/07 11:02:57 PM): then i'm gonna stick my penis in you">;-*.x

You know, getting a conviction in these cases is usually incredibly easy. Can't imagine why... hmm.

Lorne Armstrong was quite graphic in his desires and that chat... well, let's just say that chat is longer than War and Peace in the big font for people who can't see well to read. Double spaced. Lorne laid it all out there, and likely wasn't very happy when some of Kentucky's finest laid out his future in prison when he was arrested.

He was sentenced to seven years in jail, with 20 years as a registered sex offender.

**Contributor notes from Sherry Twist**

> I met Lorne during a GLEMB in Bowling Green, Kentucky that aired on Dateline, To Catch A Predator in December last year. When he first contacted me he said, "if nobody will talk to you sweetheart you can talk to me.....i'm a good guy. i have 2 nieces your age" A good guy?
>
> A good guy doesn't solicit sex from a 13 year old and drive 85 miles to met her with a box of 14 condoms in his truck, in order to take her back to his apartment to spend the weekend. Or a good guy wouldn't expose himself to a 13 yearold on his webcam almost every night for a month. He also said she would be as safe with him as she would be with her own parents. Lorne thought he was so clever and so smart that he was not going to get caught and go to jail.
>
> He showed up on his birthday, but I don't think he got the birthday present he thought he was going to get. He didn't get to have sex with the 13 year old girl he thought he was going to, instead, he met Chris Hansen and the KBI. Happy Birthday Lorne. It looks like you will be spending the next few birthdays in prison. He plead guilty to federal charges and was sentenced to five years in Federal Prison and Life time registration as a sex offender. Also, he plead guilty to state charges and was sentenced to seven years in state prison with 305 days credit for time served, since he has been in the County jail in Bowling Green since his arrest on October 18th of last year. State sentence to run concurrent with Federal sentence and sex offender registration required by the state for five years upon release. I guess the judges didn't think you were a good guy either, Lorne.
>
> Thank you to my phone verifier, Southern Aphrodite, she did an awesome job, as always. Also, thank you to State Attorney General, Greg Stumbo, the KBI and the Bowling Green LE for keeping Kentucky's children safer from guys like this.

This is our 305th conviction since June of 2004 and our 2nd conviction for 2009 thus far.

*[Handwritten note: "Please put special attention on the highlighted paragraph"]*

---

**Conviction Counter**

Number of predators convicted due to Perverted-Justice.com since June 2004:

**550**

Research Convictions: 2

**Real Stories Project**

For the next six months, we're documenting actual cases of internet abductions and molestations. One case a day for at least six months. Beware, these stories can be disturbing.

**05/26/10: Man, 27, rapes girl, 12**
A 27 year old Delaware man was arrested for raping a 12 year old girl he met online.

**05/25/10: Man, 22, rapes girl, 13**
A 22 year old North Carolina registered sex offender was arrested for raping a 13 year old girl he met through Facebook.

**05/24/10: Man, 26, assaults teen girls**
A 26 year old Texas man was arrested for sexually assaulting a 13 year old girl. During the investigation police learned that the man had sexually assaulted at least five other girls. He met his victims on Facebook and MySpace.

**05/23/10: 2 men assault girl, 11**
A 29 year old Louisiana man was arrested for taking an 11 year girl across state lines and raping her. After he raped the girl he abandoned her in Mississippi where she was then picked up and raped by a 21 year old Mississippi man.

**05/22/10: 2 men assault teen girls**
A 19 year old man from Connecticut and a 18 year old man from New York sexually assaulted two teen girls they met on MySpace.

Real Stories Project Archive
Visit the Real Stories Project at Perverted-Justice.com

**Updates from around the Foundation**

Perverted Justice Update
Perverted-Justice.com hits 500 convictions!

Perverted Justice Update
21 arrested in Grand Rapids, Michigan

Perverted Justice Update
Perverted-Justice.com gets conviction 300...

Perverted Justice Update
Averaging two arrests a week since Apri...

PJFI Update
PJFI.org training academy already showing results

PJFI.org Home
Visit PJFI.org to see what else is going on around the Foundation

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| **LORNE LYNN ARMSTRONG** | **MOVANT/DEFENDANT** |
| v. | **CRIMINAL ACTION NO. 1:08CR-13-R** |
| **UNITED STATES OF AMERICA** | **RESPONDENT/PLAINTIFF** |

## ORDER

By Memorandum and Order entered November 29, 2012 (DN 79), the Court concluded that Movant's Rule 60(b) motion (DN 73) and supplemental Rule 60(b) motion (DN 77) were second or successive 28 U.S.C. § 2255 motions and transferred the motions to the Sixth Circuit Court of Appeals (No. 12-6543). Thereafter, Movant filed a supplemental motion to his Rule 60(b) motion (DN 80) and an amended supplemental motion to his Rule 60(b) motion (DN 81), which by Order entered January 16, 2013 (DN 83), the Court also transferred to the Sixth Circuit Court of Appeals.

Now before the Court is Movant's motion for this Court to order NBC Universal, Inc. (NBC) to produce the original, unedited copies of "DVDs/Videos and Oral and/or Written Agreements" that were "used during and in connection with the sting in which [he] was involved" (DN 85).

Because Movant's original § 2255 motion has been dismissed and since a second/successive § 2255 motion is pending before the Sixth Circuit Court of Appeals, there is nothing pending in this Court and no basis for this Court to order NBC to produce any materials.

**IT IS THEREFORE ORDERED** that Movant's motion (DN 85) is **DENIED**.

Date: April 17, 2013

*[signature: Thomas B. Russell]*

Thomas B. Russell, Senior Judge
United States District Court

cc:   Movant/Defendant, *pro se*
      U.S. Attorney
4413.005

Lorne Armstrong
532 Waterville Rd
Skowhegan, ME 04976

United States Sixth Circuit
Court of Appeals
Clerk of Court
Deborah S. Hunt
100 East Fifth Street Room 540
Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-3988

